IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY K. ALLEN,<br>   Plaintiff | : | Civil Action No. 1:12-CV-1624 |
| v. | : | |
| | : | (Judge Nealon) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>   Defendant | : | (Magistrate Judge Carlson) |

**FILED SCRANTON**
**MAR 1 2 2014**
PER _____ DEPUTY CLERK

## ORDER

**NOW**, this 12th day of March 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) is **ADOPTED**.

2. Plaintiff's appeal of the Commissioner's decision denying her application for supplemental security income is **GRANTED**.

3. The case is **REMANDED** to the Commissioner of Social Security for further consideration of the medical evidence as detailed in the Magistrate Judge's Report and Recommendation, (Doc. 19).

4. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge